No. 207. Jones v. Wenar.—Apelación procedente de la Corte de Distrito de San Juan. Moción para que se desestime la apelación. Resuelto en noviembre 25, 1907. Desestimada

la apelación por incumplimiento de los artículos 11 y 12 de la Ley de Desahucio de marzo 9, 1905. Abogado del promovente: *Sr. Hernández López.* Abogados de la parte contraria: *Sres. Sweet, Rossy y Campillo.*